# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

Anthony D. Raucci
(302) 351-9392
araucci@morrisnichols.com

August 3, 2026

The Honorable Jennifer L. Hall                                  *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE  19801

> Re:    *Exelixis, Inc. v. Handa Pharmaceuticals, Inc., et al.*,
>           C.A. No. 26-813 (JLH)

Dear Judge Hall:

Plaintiff Exelixis, Inc. hereby withdraws its July 28, 2026 Emergency Motion for Expedited Discovery. D.I. 13.  Defendants have agreed to provide certain discovery sought by the Motion on an expedited basis. Therefore, there is no need for the Court's assistance at this time.

Respectfully,

*/s/ Anthony D. Raucci*

Anthony D. Raucci (#5948)

cc:    All Counsel of Record (via CM/ECF and e-mail)